IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES H. HOLLOMAN )
) No. 3-11-0654
v. )
)
KIM R. BRADLEY )

O R D E R

Pursuant to the order entered November 15, 2011 (Docket Entry No. 16), counsel for the parties called the Court on March 13, 2012, at which time the following matters were addressed:

1. The plaintiff has reached MMI and has been released by her doctor.

2. The parties have completed written discovery and have taken the parties' depositions. The only remaining depositions are the deposition of the plaintiff's treating doctor in Alabama, which will be taken by telephone, and perhaps the deposition of the plaintiff's Georgia physician who treated her for an earlier injury, which will also be taken by telephone but may not be taken at all. The parties advised that other than those two doctors, they will not use any experts, and defendant's counsel advised that he will not seek to conduct an IME.

3. Counsel advised that they are in the midst of settlement negotiations, and the defendant will respond to the plaintiff's last settlement demand.

4. The two doctors' depositions, taken for discovery and/or proof, shall be completed by July 2, 2012. There shall be no other discovery taken in this case.

In all other respects, the orders entered November 15, 2011 (Docket Entry Nos. 15-16) remain in full force and effect.

Counsel may schedule a conference call with the Court at any appropriate time to address the potential for settlement and/or any other issues.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge